**Ra Khem THOTH, Plaintiff/Appellant,**

v.

**Lena Mae BRADLEY, Defendant/Respondent.**

No. ED 74368.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 5, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied. Dec. 1, 1999.

Application for Transfer Denied Jan. 25, 2000.

Joseph L. Bauer, Jr., Michael L. Nepple, Bauer & Baebler, St. Louis, for appellant.

Carl D. Kraft, Kraft & Harfst, St. Louis, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., ROBERT G. DOWD, Jr., J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Plaintiff appeals from the trial court's entry of judgment in defendant's favor in accord with the jury verdict in plaintiff's negligence action. No error of law appears. An opinion reciting the facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.